NO. 07-05-0032-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

MARCH 7, 2005

______________________________

GREGG McCAIN, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 64TH DISTRICT COURT OF HALE COUNTY;

NO. A15819-0412; HONORABLE ROBERT W. KINKAID, JR., JUDGE

_______________________________

Before REAVIS AND CAMPBELL, JJ. and BOYD, S.J.
(footnote: 1)
MEMORANDUM OPINION

Pending before this Court is appellant Gregg McCain’s request to withdraw his notice of appeal as premature and dismiss the appeal pending a ruling on his motion for new trial.  As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, appellant has personally signed the withdrawal.  Counsel for appellant has also signed the document. 

Accordingly, the appeal is dismissed.  

Don H. Reavis

    Justice

  

FOOTNOTES
1:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.